In the Matter of the Claim of SAMUEL KLEIN, Respondent, for Compensation under the Workmen's Compensation Law, v. STOLLER & COOK COMPANY, Employer, and METROPOLITAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed on the authority of *Matter of Post* v. *Burger & Gohlke* (216 N. Y. 544). All concurred, except Kellogg, P. J., who dissented.

In the Matter of the Claim of ERNEST BREDOW, Respondent, for Compensation under the Workmen's Compensation Law, v. NAUGHTON & COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of CATHERINE ABBONATO, Respondent, for Compensation to Herself and Children under the Workmen's Compensation Law, for the Death of FELICE ABBONATO, v. E. GREENFIELD & SONS, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Insurer, Appellant.— Award unanimously affirmed.

In the Matter of the Claim of HARRY L. MARKELL, Respondent, for Compensation under the Workmen's Compensation Law, v. DANIEL GREEN FELT SHOE COMPANY, Employer, and AMERICAN MUTUAL COMPENSATION INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed on the authority of *Matter of Heitz* v. *Ruppert* (218 N. Y. 148). All concurred; Lyon, J., in result.

In the Matter of the Claim of JOSEPH PELLEGRINO, Respondent, v. HANS SKOWFOE, Employer, and CASUALTY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of GEORGE F. DAVID, Respondent, for Compensation under the Workmen's Compensation Law, v. TOWN TAXI COMPANY, INC., Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of EVA HUBINAK, Respondent, for Compensation for Herself and Children for the Death of JOHN HUBINAK, under the Workmen's Compensation Law, v. ENDICOTT, JOHNSON & COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of JOSEPH KASPER, Respondent, for Compensation under the Workmen's Compensation Law, v. CLARK & WILKINS COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Award unanimously affirmed.